AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**Department of Housing & Urban Development
Fujitsu Lifebook Laptop Computer, S/N R2904037
Toshiba 30 GB Hard Drive, S/N 922A6192T
Washington, DC 20410**

**FILED**

**JUL 0 5 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Further described below)

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER: 0 6 - 3 1 0 - M - 0 1

I ____Linda D. Cisco____ being duly sworn depose and say:

I am a(n) <u>Special Agent with the Department of Housing & Urban Development, OIG</u> and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**Department of Housing & Urban Development, Fujitsu Lifebook Laptop Computer, S/N R2904037, Toshiba 30
GB Hard Drive, S/N 922A6192T, Washington, DC 20410- (See Attached Affidavit)**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person
or property to be searched)

See Attachments A, B, and the affidavit submitted in support of the application for this warrant which are incorporated
herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of
committing a criminal offense.

concerning a violation of Titles <u>18</u> United States Code, Section(s) <u>1001; 1010; 1341; 1343; and 1344.</u> The facts to
support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Steven J. Durham
Fraud and Public Corruption/5th Floor
(202) 514-8316

Signature of Affiant
Linda D. Cisco, Special Agent
District of Columbia, Office of Inspector General

Sworn to before me, and subscribed in my presence

____JUL 0 5 2006____   at Washington, D.C.

Date

JOHN M. FACCIOLA
MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE